IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41206
Summary Calendar
_____

GEORGE ESCAMILLA,

                                        Petitioner-Appellant,

versus

W.F. WOODS; U.S. PAROLE COMMISSION,

                                        Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-97-CV-342
--------------------

September 16, 1999

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

George Escamilla, federal prisoner #54920-146, appeals from
the district court's denial of his petition for writ of habeas
corpus pursuant to 28 U.S.C. § 2241.  Escamilla argues that the
Parole Commission lacked authority to convert his term of special
parole into a regular sentence and that the conversion of his
special parole term into a sentence of life imprisonment exceeded
the fifteen-year statutory maximum for the offense of conviction.
We have reviewed the record and find no reversible error.  The

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Parole Commission had the authority to revoke Escamilla's lifetime special parole term and convert it into a term of life imprisonment.  See Campos v. United States Parole Comm'n, 120 F.3d 49, 50 (5th Cir. 1997).  Further, Escamilla was properly sentenced in accordance with the law at the time of his sentencing, and the revocation of his term of special parole did not alter that fact.  Accordingly, the judgment of the district court is AFFIRMED.

AFFIRMED.